# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2534

_____

EVA ELECTRIS CANNIE aka Ava
Electris Cannie aka Eve Helene
Cannie,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


April 2, 2019


PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eva Electris Cannie, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.